UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  Case No. 8:03-CR-54-T-17TBM

LESLIE BARNES,

    Defendant,

and

GEVITY HR XII CORPORATION,

    Garnishee.

**ORDER GRANTING UNITED STATES OF AMERICA'S
<u>MOTION TO DISSOLVE WRIT OF CONTINUING GARNISHMENT</u>**

THIS CAUSE came on for consideration upon the United States of America's Motion to Dissolve Writ of Continuing Garnishment issued to Gevity HR XII Corporation. The Court, having reviewed the Motion, finds that it is well taken and due to be granted.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion to Dissolve Writ of Continuing Garnishment is granted. It is further

ORDERED, ADJUDGED, AND DECREED that the Writ of Continuing Garnishment issued to Gevity HR XII Corporation is hereby dissolved and is of no further legal consequence.

DONE AND ORDERED at Tampa, Florida, on *October 20th, 2008*.

_____
ELIZABETH A. KOVACHEVICH
United States District Judge