UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:03-cr-54-T-17TBM |
| LESLIE BARNES, | : |
| Defendant, | : |
| and | : |
| SUNTRUST INVESTMENT SERVICES, INC., | : |
| Garnishee. | : |

**ORDER GRANTING UNITED STATES OF AMERICA'S
<u>MOTION TO DISSOLVE WRIT OF GARNISHMENT</u>**

THIS CAUSE came on for consideration upon the United States of America's Motion to Dissolve Writ of Garnishment issued to SunTrust Investment Services, Inc. The Court, having reviewed the Motion, finds that it is well taken and due to be granted.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion to Dissolve Writ of Garnishment is granted. It is further

ORDERED, ADJUDGED, AND DECREED that the Writ of Garnishment issued to SunTrust Investment Services, Inc., is hereby dissolved and is of no further legal consequence. It is further

ORDERED, ADJUDGED, AND DECREED that SunTrust Investment Services, Inc.'s, demand for payment of a garnishment deposit and for payment of its costs and

expenses, including a reasonable attorney's fee for answering the Writ of Garnishment, is denied.

DONE AND ORDERED at Tampa, Florida, on <u>January 28th, 2009</u>.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE