UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:03-CR-54-T-17TBM |
| LESLIE BARNES, | : |
| Defendant, | : |
| and | : |
| NATIONAL FINANCE SERVICES, | : |
| Garnishee. | : |

## **FINAL ORDER IN GARNISHMENT**

THIS CAUSE came on for consideration upon the United States of America's Motion for Entry of Final Order in Garnishment pursuant to 28 U.S.C. § 3205(c)(7) against Defendant Leslie Barnes's Individual Retirement Account, number FIR-829544. The Court, having considered the Application for Writ of Garnishment, Garnishee National Finance Services' Answer, and the instant Motion for Entry of Final Order in Garnishment, and noting that Defendant has not claimed any exemptions with respect to this garnishment and has not requested a hearing with respect to this garnishment, finds that the entry of a final order in garnishment is in all respects proper.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion for Entry of Final Order in Garnishment is granted. It is further

ORDERED, ADJUDGED, AND DECREED that Garnishee National Finance Services shall forthwith liquidate Individual Retirement Account, number FIR-829544,

and pay over to the United States the proceeds of that account, not to exceed $295,312.79, more or less. The payment made to the United States pursuant to this Order shall bear the notation "Leslie Barnes, Case No. 8:03-cr-54-T-17TBM," be made payable to "Clerk, United States District Court," and be sent to:

> Clerk, United States District Court
> ATTN: DCU
> 300 North Hogan Street, Suite 9-400
> Jacksonville, Florida 32202.

It is further

ORDERED, ADJUDGED, AND DECREED that upon payment to the United States of the proceeds of Individual Retirement Account, number FIR-829544, the Writ of Garnishment issued to National Finance Services shall terminate pursuant to 28 U.S.C. § 3205(c)(10). It is further

ORDERED, ADJUDGED, AND DECREED that inasmuch as no statutory fee is required in Federal garnishments pursuant to 28 U.S.C. § 3205, Garnishee National Finance Services' demand for payment of such fee is denied as moot.

DONE and ORDERED at Tampa, Florida, on <u>January 28, 2008</u>.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE