UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LESLIE BARNES,

    Defendant,

and

ONE TOUCH DIRECT, LLC,

    Garnishee.

Case No. 8:03-cr-54-T-17TBM

## **FINAL ORDER IN GARNISHMENT**

THIS CAUSE came on for consideration upon the United States of America's Motion for Entry of Final Order in Garnishment pursuant to 28 U.S.C. § 3205(c)(7) against the nonexempt disposable earnings of Defendant Leslie Barnes. The Court, having considered the Application for Writ of Continuing Garnishment, Garnishee One Touch Direct, LLC's, Answer, and the instant Motion for Entry of Final Order in Garnishment, and noting that Defendant has not claimed any exemptions with respect to this garnishment, has not filed any objection to Garnishee's Answer, and has not requested a hearing with respect to this garnishment, finds that the entry of a final order in garnishment is in all respects proper.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion for Entry of Final Order in Garnishment is granted. It is further

ORDERED, ADJUDGED, AND DECREED that Garnishee One Touch Direct, LLC, shall pay to the United States, bi-weekly, the appropriate statutory amount of Defendant's nonexempt disposable earnings. It is further

ORDERED, ADJUDGED, AND DECREED that Garnishee shall continue to make bi-weekly payments to the United States pursuant to this Order until such time as the instant garnishment is terminated by court order, by exhaustion of the Defendant's nonexempt disposable earnings in Garnishee's custody, control, or possession, or by satisfaction of the judgment debt. It is further

ORDERED, ADJUDGED, AND DECREED that all monies previously withheld by Garnishee from Defendant's nonexempt disposable earnings in accordance with the Writ of Continuing Garnishment shall be paid forthwith to the United States. It is further

ORDERED, ADJUDGED, AND DECREED that all payments made to the United States pursuant to this Order shall bear the notation "Leslie Barnes, Case No. 8:03-cr-54-T-17TBM," be made payable to "Clerk, United States District Court," and be sent to:

Clerk, United States District Court
ATTN: DCU
300 North Hogan Street, Suite 9-400
Jacksonville, Florida 32202.

DONE and ORDERED at Tampa, Florida, on June 29th, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

2